# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION - BAY CITY

IN RE:

DUBY, ALICE L.                                    CASE NO. 07-20946
                                                  CHAPTER 13
        Debtors,                      HON. DANIEL S. OPPERMAN
_____/

## EX PARTE MOTION TO SET ASIDE/VACATE DISCHARGE

NOW COMES the Debtor, (with concurrence of the Chapter 13 Trustee), by and through her attorney and states as follows:

1. Debtor filed this Chapter 13 on April 16, 2007.

2. A Discharge was entered on November 27, 2012.

3. The case was just recently closed on January 3, 2013 and reopen by Order dated April 11, 2013.

4. Certain pre and post-petition debt issues were inadvertently not resolved, which are subject to Discharge.

WHEREFORE, Debtor requests that an order be entered setting aside/vacating the Discharge and allowing Debtor to address pre and post-petition debt issues and for such other relief as the court deems just and equitable.

Dated: April 12, 2013

| | |
|---|---|
| /s/ DANIEL C. HIMMELSPACH | /s/ THOMAS MCDONALD |
| Attorney for Debtor (P31950) | Chapter 13 Trustee (P32464) |
| 916 Washington, Ste. 305 | PO Box 6310 |
| Bay City, MI 48708 | Saginaw, MI 48608 |
| (989) 892 - 0400 | (989) 792 - 6766 |
| attyhimmelspach@gmail.com | ecf@mcdonald13.org |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION - BAY CITY**

IN RE:

DUBY, ALICE L.                        CASE NO. 07-20946
                                         CHAPTER 13
          Debtors,               HON. DANIEL S. OPPERMAN
_____/

**EX PARTE ORDER SETTING ASIDE/VACATING DISCHARGE**

     This matter having come before the court on the Motion of the Debtor seeking to set aside/vacate the Discharge, and it appearing there is sufficient cause for same:

     IT IS HEREBY ORDERED that the Discharge entered in this case on April 27, 2012 is set aside/vacated.

    .